IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.    CRIMINAL NO. 3:06cr39-WHB

CHRISTOPHER WALLACE

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 100 to 84 months;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 18th day of August, 2008.

                                              s/William H. Barbour, Jr.
                                              UNITED STATES DISTRICT COURT JUDGE

AGREED:

/s/ Sandra G. Moses                /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY       DEFENSE COUNSEL